IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 15 |
| ABITIBI-CONSOLIDATED INC., *et al.*,[1] | ) |
| | ) Case No. 09-11348 (KJC) |
| Debtors in a Foreign Proceeding. | ) |
| | ) (Joint Administration Pending) |

## NOTICE OF FILING OF EXHIBITS TO THE DEBTORS' CHAPTER 15 PETITIONS

PLEASE TAKE NOTICE that on April 17, 2009, Abitibi-Consolidated Inc., *et al.*, the above-captioned debtors (the "Debtors") in a proceeding under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended pending before the Superior Court, Commercial Division, for the Judicial District of Montreal, Canada, filed petitions for Recognition of Foreign Main Proceedings and Related Relief (the "Chapter 15 Petitions") under chapter 15 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that, in further support of the Chapter 15 Petitions, attached hereto as Exhibits 1-25 are the exhibits to the Petition for the Issuance of an Initial Order submitted to the Superior Court, Commercial Division, for the Judicial District of Montreal, Canada, a copy of which was filed with this Court as Exhibit B to the Declaration of Claudia R. Tobler in Support of (I) Chapter 15 Petitions for Recognition of Foreign Proceeding and (II) Debtors' Motion for Provisional and Final Relief Pursuant to 11 U.S.C. §§ 105(a), 1519, 1520 and 1521 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number, are: Abitibi-Consolidated Inc. (1273) and Abitibi-Consolidated Company of Canada (5537). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 1155 Metcalfe Street, Suite 800, Montreal, Quebec H3B 5H2, Canada.

Dated: Wilmington, Delaware  YOUNG CONAWAY STARGATT & TAYLOR, LLP
April 20, 2009

/s/ Sean T. Greecher
Pauline K. Morgan (No. 3650)
Sean T. Greecher (No. 4484)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Kelley A. Cornish
Jeffrey D. Saferstein
Claudia R. Tobler
Samantha G. Amdursky
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Proposed Counsel for the Debtors*